## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Nandor J. Vadas**<br>**U.S. Magistrate Judge** | **RE:** | **RIMA LARA HAWKINS** |
| **FROM:** | **Claudette M. Silvera, Chief**<br>**U.S. Pretrial Services Officer** | **DOCKET NO.:** | **3-05-70554 EMC** |
| **DATE:** | **August 23, 2005** | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

**Victoria Gibson**                                    **415-436-7513**
                                                                    **TELEPHONE NUMBER**

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter
        requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
        _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
        Magistrate Judge_____ Presiding  District Court Judge_____

X    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial
        Release conditions as indicated below:

☐    **Modification(s)**

        **A.  The defendant shall be subject to electronic monitoring as directed by Pretrial Services.**

        B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA
        and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

_____            8/23/05
**JUDICIAL OFFICER**                                          **DATE**

**Cover Sheet** (12/03/02