Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendant
RIMA LARA HAWKINS

FILED
AUG 2 6 2005
RICHARD ... KING
CLERK, U.S. DIS...
NORTHERN DISTRICT OF CALIFORNIA COURT

RECEIVED
AUG 2 5 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 05-00483 PJH |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| THOMAS MILLER,<br>SANDOR LAKATOS,<br>RIMA LARA HAWKINS,<br>BARBARA ANN SHEPHARD. | |
| Defendant. | |

RIMA LARA HAWKINS, defendant herein, substitutes Chris P. Andrian of the

Law Offices of Andrian & Gallenson, 1100 Mendocino Avenue, Santa Rosa,

California 95401, (707) 527-9381, as her counsel of record in the above-entitled

matter.

DATED: August \\___, 2005

_____
RIMA LARA HAWKINS

SUBSTITUTION OF ATTORNEYS                    1                         CR 05-00483

The undersigned accepts the above substitution.

DATED: August __11__, 2005      LAW OFFICES OF ANDRIAN & GALLENSON

By:   CHRIS P. ANDRIAN

The undersigned consents to the above substitution.

DATED: August __15__, 2005

CAMELLIA BARAY

IT IS SO ORDERERD.

DATED: 26 Aug 05

HONORABLE PHYLIS J. HAMILTON
UNITED STATES DISTRICT COURT
U.S. MAGISTRATE JUDGE BERNARD ZIMMERMAN

SUBSTITUTION OF ATTORNEYS              2                    CR 05-00483