Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendant
RIMA LARA HAWKINS



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

THOMAS MILLER,
SANDOR LAKATOS,
RIMA LARA HAWKINS,
BARBARA ANN SHEPHARD.

              Defendant.

_____ /

CASE NO.  CR 05-00483  PJH

**SUBSTITUTION OF ATTORNEYS**
_____

    RIMA LARA HAWKINS, defendant herein, substitutes Chris P. Andrian of the

Law Offices of Andrian & Gallenson, 1100 Mendocino Avenue, Santa Rosa,

California 95401, (707) 527-9381, as her counsel of record in the above-entitled

matter.

DATED: August ⅃⅃____, 2005

                                             
RIMA LARA HAWKINS

1    The undersigned accepts the above substitution.

2    DATED:  August __|\__, 2005        LAW OFFICES OF ANDRIAN & GALLENSON

3

4    _____

5    By:   CHRIS P. ANDRIAN

6

7    The undersigned consents to the above substitution.

8    DATED:  August _|⎾_, 2005

9

10   _____
     CAMELLIA BARAY

11

12

13   IT IS SO ORDERERD.

14   DATED: 26 Aug 05

15   _____

16   HONORABLE PHYLIS J. HAMILTON
     UNITED STATES DISTRICT COURT

17   U.S. MAGISTRATE JUDGE BERNARD ZIMMERMAN

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS              2                    CR 05-00483