# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 05-0483-03 PJH |
| Rima Hawkins | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ~~July 19~~ August 16, 2006 be continued until September 20, 2006 at 2:30 p.m.

Date: 7/24/06

Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04